JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 892 -- In re Church of Scientology Flag Service Organization/Internal Revenue Service FOIA Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/03 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-30) -- Filed by defts. Internal Revenue Service -- SUGGESTED TRANSFEREE DISTRICT: MIDDLE DISTRICT OF FLORIDA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (received 05/03/91) (sg) |
| 91/05/14 | | APPEARANCES -- ROBERT K. COULTER, ESQ. for Internal Revenue Service; NELSON D. BLANK, ESQ. for Charles & Eleanor Partnership, James & Arnell Burghorn, Joy L. Chambers, Luis & Judith Colon, Vince Gulasa, Gary & Rose Henkel, James R. Howat, John and Ruthe Humphrey, Jay & Susan Johnson, Fenton & Amanda Jones, Mari V. Kidd, Gary Lerner, Marie M. Marson, Paul & Mary Missonic, Sue Mueller, Steven & Debra Palmer, George & Cheryl Payson, Georgia Rahn, Andrew M. & Liz Serling, Phyllis L. Underwood; LAWRENCE W. CHAMBLEE, ESQ. for Michael & Patti Bach, William & Jonnie Chandler, John & Ivy Kimmich; KENDRICK L. MOXON, ESQ. for Paula M. Hayes, Alicia Kartuzinski, Susan Love, V. Jessica Marks; GERARD R. LAFLAMME, JR., ESQ. for Robert M. Covington, Samuel & Denise Licciardi; BARRY L. LIEBERMAN, ESQ. for Polly J. Cole (sg) |
| 91/05/23 | 2 | RESPONSE -- Filed by plfts. Charles and Eleanor Blankenship; James and Arnell Burghorn; Joy L. Chambers; Luis and Judith Colon; Vince Gulasa; Gary and Rose Henkel; James R. Howat; John and Ruthe Humphrey; Jay and Susan Johnson; Fenton and Amanda Jones; Mari V. Kidd; Gary Lerner; Marie M. Marson; Paul and Mary Missonis; Sue Mueller; Steven and Debra Palmer; George and Cheryl Payson; Georgia Rahn; Andrew M. and Liz Sterling; Phyllis L. Underwood -- w/cert. of svc. (sg) |
| 91/05/23 | 3 | RESPONSE -- Filed by plfts. Michael and Patti Bach; William and Jonnie Chandler; John and Ivy Kimmich -- w/cert. of svc. (sg) |
| 91/05/23 | 4 | RESPONSE -- Filed by plft. Polly Cole -- w/cert. of svc. (sg) |
| 91/05/24 | 5 | RESPONSE -- pltf. Paula M. Hayes w/exhibits A thru M and cert. of svc. (ds) |
| 91/05/30 | 6 | NOTICE OF RELATED ACTION -- Filed by defts. Internal Revenue Service -- Anders and Maria Larsson v. Internal Revenue Service, M.D. Florida, C.A. No. 91-556-Civ-T-98A -- w/cert. of svc. (sg) |

JPML FORM 1A                                                         p.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 892 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/30 | 7 | RESPONSE (adopting pldg #2) ~~JOINDER~~ -- Filed by plff's ~~Gerard R. LaFlamme, Jr.~~ Robert Covington and Samuel and Denise Licciardi -- w/cert. of svc. (sg) |
| 91/06/03 | 8 | REPLY -- filed by deft. Internal Revenue Service w/exhibits 1 thru 5 and cert. of svc. (ds) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/07/22 | 9 | SUPPLEMENTAL REPLY -- deft. Internal Revenue Service -- w/Exhibits A - B attached to the original copy only and cert. of svc. (rh) |
| 91/07/26 | | HEARING APPEARANCES (hearing on 7/26/91 in Portland, Maine) -- MARGARET M. EARNEST, ESQ. for Internal Revenue Service; NELSON D. BLANK, ESQ. for Charles and Eleanor Blankenship, James and Arnell Burghorn, Joy L. Chambers, Luis and Judith Colon, Vince Gulasa, Gary and Rose Henkel, James R. Howat, John and Ruthe Humphrey, Jay and Susan Johnson, Fenton and Amanda Jones, Mari V. Kidd, Gary Lerner, Marie M. marson, Paul and Mary Missonic, Sue Mueller, Steven and Debra Palmer, George and Cheryl Payson, Georgia Rahn, Andrew M. and Liz Sterling and Phyllis L. Unerwood; KENDRICK L. MOXON, ESQ. for Michael & Patti Bach, William & Jonnie Chandler, John & Ivy Kimmich, Alicia Kartuzinski, V. Jessica Marks, Susan H. Love and Pauyla M. Hayes (ds) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- Polly Cole, Robert M. Covington, Samuel and Denise Licciardi (ds) |
| 91/09/04 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Middle District of Florida to the Hon. Wm. Terrell Hodges for pretrial proceedings (rh) |
| 91/09/04 | | TRANSFER ORDER -- Transferring A-21 thru A-30 to the Middle District of Florida pursuant 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 892 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Church of Scientology Flag Service Organization/Internal Revenue Service FOIA Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 26, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | September 4, 1991 | TO | Unpublished | M.D. Florida | Hon. Wm. Terrell Hodges | |

Clerk, U.S. District Court
311 West Monroe St., Room 110
P.O. Box 53558
Jacksonville, Florida  32201

Tele: 904-791-2854   Jaimie S. Fisher
                     Deputy Clerk

Special Transferee Information

DATE CLOSED: Closed 5/18/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 892 -- In re Church of Scientology Flag Service Organization/Internal Revenue Service FOIA Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Charles and Eleanor Blankenship v. Internal Revenue Service | Fla.,M. Hodges | 91-430-Civ-T-10C | | | 5/18/93 D | |
| A-2 | James and Arnell Burghorn v. Internal Revenue Service | Fla.,M. Kovachevich | 91-490-Civ-T-17B | | | 5/18/93 D | |
| A-3 | Joy L. Chambers v. Internal Revenue Service | Fla.,M. Hodges | 91-469-Civ-T-10C | | | 5/18/93 D | |
| A-4 | Luis and Judith Colon v. Internal Revenue Service | Fla.,M. ~~Castagna~~ | 91-468-Civ-T-15C | | | 5/18/93 D | |
| A-5 | Vince Gulasa v. Internal Revenue Service | Fla.,M. Hodges | 91-426-Civ-T-10A | | | 5/18/93 D | |
| A-6 | Gary and Rose Henkel v. Internal Revenue Service | Fla.,M. | 91-467-Civ-T-98B | | | 5/18/93 D | |
| A-7 | James R. Howat v. Internal Revenue Service | Fla.,M. Kovachevich | 91-428-Civ-T-17B | | | 5/18/93 D | |
| A-8 | John and Ruthe Humphrey v. Internal Revenue Service | Fla.,M. | 91-431-Civ-T-98B | | | 5/18/93 D | |
| A-9 | Jay and Susan Johnson v. Internal Revenue Service | Fla.,M. | 91-492-Civ-T-98B | | | 5/18/93 D | |

DOCKET NO. 892 -- In re Scientology Flag Service Organization/Internal Revenue Service FOIA Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Fenton and Amanda Jones v. Internal Revenue Service | Fla.,M. Hodges | 91-432-Civ-T-10A | | | 5/18/93D | |
| A-11 | Mari V. Kidd v. Internal Revenue Service | Fla.,M. Kovachevich | 91-423-Civ-T-17A | | | 5/18/93D | |
| A-12 | Gary Lerner v. Internal Revenue Service | Fla.,M. Castagna | 91-491-Civ-T-15A | | | 5/18/93D | |
| A-13 | Marie M. Marson v. Internal Revenue Service | Fla.,M. Castagna | 91-424-Civ-T-98C | | | 5/18/93D | |
| A-14 | Paul and Mary Missonis v. Internal Revenue Service | Fla.,M. | 91-429-Civ-T-98A | | | 5/18/93D | |
| A-15 | Sue Mueller v. Internal Revenue Service | Fla.,M. | 91-427-Civ-T-98C | | | 5/18/93D | |
| A-16 | Steven and Debra Palmer v. Internal Revenue Service | Fla.,M. Kovachevich | 91-433-Civ-T-17C | | | 5/18/93D | |
| A-17 | George and Cheryl Payson v. Internal Revenue Service | Fla.,M. | 91-425-Civ-T-98B | | | 5/18/93D | |
| A-18 | Georgia Rahn v. Internal Revenue Service | Fla.,M. Castagna | 91-461-Civ-T-15B | | | 5/18/93D | |
| A-19 | Andrew M. and Liz Sterling v. Internal Revenue Service | Fla.,M. Castagna | 91-470-Civ-T-15B | | | 5/18/93D | |

DOCKET NO. 892 -- In re Scientology Flag Service Organization/Internal Revenue Service FOIA Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | Phyllis L. Underwood v. Internal Revenue Service | Fla.,M. Kovachevich/Mayer | 91-462-Civ-T-17B | | | 5/18/93 D | |
| A-21 | Michael and Patti Bach v. Internal Revenue Service | Cal.,N. Ware | C-9120184-JW (PVT) | 9-4-91 | 91-1204-Civ T-10B | 5/18/93 D | |
| A-22 | William and Jonnie Chandler v. Internal Revenue Service | Cal.,N. Ingram | C-91-20183 (WAI) | 9-4-91 | 91-1205-Civ T-10B | 5/18/93 D | |
| A-23 | John and Ivy Kimmich v. Internal Revenue Service | Cal.,N. Ware | C-91-20182 JW (PVT) | 9-4-91 | 91-1206-Civ T-10B | 5/18/93 D | |
| A-24 | Paula M. Hayes v. Internal Revenue Service | Cal.,C. Gadbois | CV91-1747 | 9-4-91 | 91-1207-Civ T-10B | 5/18/93 D | |
| A-25 | Alicia Kartuzinski v. Internal Revenue Service | Cal.,C. Takasugi | CV91-1748 | 9-4-91 | 91-1208-Civ T-10B | 5/18/93 D | |
| A-26 | Susan H. Love v. Internal Revenue Service | Cal.,C. Keller | CV91-1936 WDK | 9-4-91 | 91-1209-Civ T-10B | 5/18/93 D | |
| A-27 | V. Jessica Marks v. Internal Revenue Service | Cal.,C. | CV91-1907 WMB | 9-4-91 | 91-1210-Civ T-10B | 5/18/93 D | |
| A-28 | Robert M. Covington v. Internal Revenue Service | N.H. | 91-149D | 9-4-91 | 91-1211-Civ T-10B | 5/18/93 D | |
| A-29 | Samuel and Denise Licciardi v. Internal Revenue Service | N.H. | 91-148S | 9-4-91 | 91-1212-Civ T-10B | 5/18/93 D | |
| A-30 | Polly J. Cole v. Internal Revenue Service | Nev. | CVS91-239-MDM-LRL | 9-4-91 | 91-1213-Civ T-10B | 5/18/93 D | |

DOCKET NO. 892 -- Scientology IRS FOIA Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-31 | Anders Larsson, et al. v. IRS | Fla., M. | 91-556-Civ-T-10 | | | 5/24/93 D | |

July 1992  21 XYZ / 10 Tr / 31 Pending

JPML Form 4

<p align="center">ATTORNEY SERVICE LIST<br>
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION</p>

<u>DOCKET NO. 892</u> -- <u>In re Church of Scientology Flag Service Organization/Internal Revenue Service FOIA Litigation</u>

================================================================================

Liaison Counsel for
<u>Plaintiffs</u>
Nelson D. Blank, Esq.
Trenam, Simmons, Kemker, Scharf
Barkin, Frye & O'Neill
2700 Barnett Plaza
Tampa, Florida  33601

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 892 -- In re Church of Scientology Flag Service Organization/Internal Revenue Service FOIA Litigation

===============================================================================

INTERNAL REVENUE SERVICE
Robert K. Coulter, Esquire
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

CHARLES & ELEANOR BLANKENSHIP (A-1)
JAMES & ARNELL BURGHORN (A-2)
JOY L. CHAMBERS (A-3)
LUIS & JUDITH COLON (A-4)
VINCE GULASA (A-5)
GARY & ROSE HENKEL (A-6)
JAMES R. HOWAT (A-7)
JOHN AND RUTHE HUMPHREY (A-8)
JAY & SUSAN JOHNSON (A-9)
FENTON & AMANDA JONES (A-10)
MARI V. KIDD (A-11)
GARY LERNER (A-12)
MARIE M. MARSON (A-13)
PAUL & MAARY MISSONIC (A-14)
SUE MUELLER (A-15)
STEVEN & DEBRA PALMER (A-16)
GEROGE & CHERYL PAYSON (A-17)
GEORGIA RAHN (A-18)
ANDREW M. & LIZ SERLING (A-19)
PHYLLIS L. UNDERWOOD (A-20)
Nelson D. Blank, Esq.
Trenam, Simmons, Kemker, Scharf
Barkin, Frye & O'Neill
2700 Barnett Plaza
Tampa, Florida  33601

MICHAEL & PATTI BACH (A-21)
WILLIAM & JONNIE CHANDLER (A-22)
JOHN & IVY KIMMICH (A-23)
Lawrence W. Chamblee, Esq.
Iwaski, Thomas & Sheffield
420 Boyd Street, Fourth Street
Los Angeles, CA  90013-1695

PAULA M. HAYES (A-24)
ALICIA KARTUZINSKI (A-25)
SUSAN LOVE (A-26)
V. JESSICA MARKS (A-27)
Kendrick L. Moxon, Esq.
Bowles & Moxon
6255 Sunset Blvd., Suite 2000
Hollywood, CA  90028

ROBERT M. COVINGTON (A-28)
SAMUEL & DENISE LICCIARDI (A-29)
Gerard R. LaFlamme, Jr., Esq.
LaFlamme, Migliori, Barron & Chabot
114 Kenoza Avenue
Haverhill, MA  01830

POLLY J. COLE (A-30)
Barry L. Lieberman, Esq.
Dickerson, Dickerson, Lieberman
   Counsul
330 South Third Street, #1130
Las Vegas, Nevada  89101

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 892 -- In re Church of Scientology Flag Service Organization/ Internal Revenue Service FOIA Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Internal Revenue Service | A-1 thru A-30 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |