DOCKET NO. 892

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
SEP -4 91
PATRICIA D. HOWARD
CLERK OF THE PANEL

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION/INTERNAL REVENUE SERVICE FOIA LITIGATION*

*BEFORE JOHN F. NANGLE,\* CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK,\* HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL*

### TRANSFER ORDER

This litigation presently consists of the 30 actions listed on the attached Schedule A[1] and pending in five districts as follows:

| | |
|---|---|
| Middle District of Florida | 20 actions |
| Central District of California | 4 actions |
| Northern District of California | 3 actions |
| District of New Hampshire | 2 actions |
| District of Nevada | 1 action |

Before the Panel is a motion brought pursuant to 28 U.S.C. §1407 by the common defendant Internal Revenue Service (IRS), seeking centralization of the 30 actions in the Middle District of Florida for coordinated or consolidated pretrial proceedings. Plaintiffs in all 30 actions oppose the motion.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that transfer under Section 1407 to the Middle District of Florida will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions arise from parallel Freedom of Information Act (FOIA) requests to the IRS by present or former members of the Church of Scientology Flag Service Organization (Scientology FSO). Common factual questions are present because all plaintiffs seek, <u>inter alia</u>, records relating to treatment of Church of Scientology members by the

---

\* Judges Nangle and Pollak took no part in the decision of this matter.

[1] In addition to the 30 actions listed on Schedule A, the Panel has been advised of the pendency of one other related action in the Middle District of Florida. This action will be treated as a potential tag-along action. <u>See</u> Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

IRS generally, and the adequacy of the search conducted by the IRS for these records is therefore a potential issue in each action. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Middle District of Florida is the appropriate transferee district in light of the following factors: 1) 20 of the 30 actions included in the motion are already pending there; 2) every FOIA request in the litigation was made upon the IRS office in Jacksonville in that district, and accordingly relevant IRS witnesses and documents will be found there; and 3) other related litigation between Scientology FSO and the IRS is pending there. We are sensitive to plaintiffs' concern that, in view of the unusually congested docket in the Middle District of Florida, transfer to that district could unnecessarily delay the progress of the litigation. We are confident, however, that these actions can progress in an orderly fashion in the Middle District of Florida, particularly in light of representations made by counsel for the IRS at the hearing in this matter that the IRS would i) move promptly for summary judgment in these actions, and ii) consent to trial by a magistrate judge in any actions ultimately tried in the transferee court.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Middle District of Florida be, and the same hereby are, transferred to the Middle District of Florida and, with the consent of that court, assigned to the Honorable Wm. Terrell Hodges for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

*FOR THE PANEL:*

*S. Hugh Dillin*
*Acting Chairman*

# SCHEDULE A

## MDL-892 -- In re Church of Scientology Flag Service Organization/Internal Revenue Service FOIA Litigation

### Northern District of California

<u>Michael and Pattie Bach v. Internal Revenue Service</u>,
    C.A. No. C91-20184-JW(PVT)
<u>William and Jonnie Chandler v. Internal Revenue Service</u>,
    C.A. No. C91-20183-WKI
<u>John and Ivy Kimmich v. Internal Revenue Service</u>,
    C.A. No. C91-20182-JW(PVT)

### Central District of California

<u>Paula M. Hayes v. Internal Revenue Service</u>,
    C.A. No. CV91-1747
<u>Alicia Kartuzinski v. Internal Revenue Service</u>,
    C.A. No. CV91-1748
<u>Susan H. Love v. Internal Revenue Service</u>,
    C.A. No. CV91-1936-WDK
<u>V. Jessica Marks v. Internal Revenue Service</u>,
    C.A. No. CV91-1907-WMB

### District of New Hampshire

<u>Robert M. Covington v. Internal Revenue Service</u>,
    C.A. No. 91-149D
<u>Samuel and Denise Licciardi v. Internal Revenue Service</u>,
    C.A. No. 91-148S

### District of Nevada

<u>Polly J. Cole v. Internal Revenue Service</u>,
    C.A. No. CVS91-239-MDM-LRL

### Middle District of Florida

<u>Charles and Eleanor Blankenship v. Internal Revenue Service</u>,
    C.A. No. 91-430-Civ-T-10C
<u>James and Arnell Burghorn v. Internal Revenue Service</u>,
    C.A. No. 91-490-Civ-T-17B
<u>Joy L. Chambers v. Internal Revenue Service</u>,
    C.A. No. 91-469-Civ-T-10C
<u>Luis and Judith Colon v. Internal Revenue Service</u>,
    C.A. No. 91-468-Civ-T-15C
<u>Vince Gulasa v. Internal Revenue Service</u>,
    C.A. No. 91-426-Civ-T-10A
<u>Gary and Rose Henkel v. Internal Revenue Service</u>,
    C.A. No. 91-467-Civ-T-98B

## Middle District of Florida (Continued)

James R. Howat v. Internal Revenue Service,
    C.A. No. 91-428-Civ-T-17B
John and Ruthe Humphrey v. Internal Revenue Service,
    C.A. No. 91-431-Civ-T-98B
Jay and Susan Johnson v. Internal Revenue Service,
    C.A. No. 91-492-Civ-T-98B
Fenton and Amanda Jones v. Internal Revenue Service,
    C.A. No. 91-432-Civ-T-10A
Mari V. Kidd v. Internal Revenue Service,
    C.A. No. 91-423-Civ-T-17A
Gary Lerner v. Internal Revenue Service,
    C.A. No. 91-491-Civ-T-15A
Marie M. Marson v. Internal Revenue Service,
    C.A. No. 91-424-Civ-T-98C
Paul and Mary Missonis v. Internal Revenue Service,
    C.A. No. 91-429-Civ-T-98A
Sue Mueller v. Internal Revenue Service,
    C.A. No. 91-427-Civ-T-98C
Steven and Debra Palmer v. Internal Revenue Service,
    C.A. No. 91-433-Civ-T-17C
George and Cheryl Payson v. Internal Revenue Service,
    C.A. No. 91-425-Civ-T-98B
Georgia Rahn v. Internal Revenue Service,
    C.A. No. 91-461-Civ-T-15B
Andrew M. and Liz Sterling v. Internal Revenue Service,
    C.A. No. 91-470-Civ-T-15B
Phyllis L. Underwood v. Internal Revenue Service,
    C.A. No. 91-462-Civ-T-17B